FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 14-34940-MVL | Trustee Name: | Jeffrey H. Mims |
|---|---|---|---|
| Case Name: | AYR LOGISTICS LIMITED INC. | Date Filed (f) or Converted (c): | 10/10/2014 (f) |
| For the Period Ending: | 10/18/2023 | §341(a) Meeting Date: | 11/19/2014 |
| | | Claims Bar Date: | 10/19/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  BANK ACCOUNT | $121.63 | $0.00 | | $0.00 | FA |
| 2  APD subsidiary 100% owned by Debtor  (u) | Unknown | $100.00 | | $0.00 | $100.00 |
| 3  Unknown claims or lawsuit against 3rd parties  (u) | $0.00 | $10,000,000.00 | | $0.00 | $10,000,000.00 |
| 4  Filing Fee Reimbursement  (u) | $0.00 | $181.00 | | $181.00 | FA |
| 5  Claims sold to Tomov, et all, see notes  (u) | $0.00 | $100.00 | | $0.00 | $100.00 |

TOTALS (Excluding unknown value)                                                                                           **Gross Value of Remaining Assets**
$121.63        $10,000,381.00            $181.00        $10,000,200.00

**Major Activities affecting case closing:**

Trustee investigating undisclosed assets. Assets appear to stem from undisclosed corporate interests (held by Debtor) of subsidiary corporation in Bulgaria.
Trustee has retained General and Special Counsel to pursue these complex foreign/cross borders collection issues.

Initial Projected Date Of Final Report (TFR): 12/31/2016    Current Projected Date Of Final Report (TFR): 12/31/2024    /s/ JEFFREY H. MIMS

JEFFREY H. MIMS
TRUSTEE